■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS WASHINGTON, Appellant. [18 NYS3d 924]—Motion for

writ of error coram nobis denied. Present—Scudder, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.